IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LIFEPOINT HOSPITALS, INC.<br>d/b/a Southern Tennessee Medical Center<br>1851 Hospital Road<br>Winchester, Tennessee 37398<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL O. LEAVITT, Secretary of the<br>United States Department of Health and<br>Human Services<br>200 Independence Avenue, S.W.<br>Washington, D.C. 20585<br><br>Defendant. | CASE NO.<br><br>**CERTIFICATE OF DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND DISTRICT OF COLUMBIA LOCAL RULE LCvR 7.1**<br><br>CASE NUMBER  1:05CV02224<br>JUDGE: James Robertson<br>DECK TYPE: Administrative Agency Rev<br>DATE STAMP: 11/16/2005 |

Pursuant to FEDERAL RULE OF CIVIL PROCEDURE 7.1 and DISTRICT OF COLUMBIA LOCAL RULE LCvR 7.1, I the undersigned, counsel of record for Plaintiff LifePoint Hospitals, Inc. d/b/a Southern Tennessee Medical Center, hereby certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries or affiliates of Plaintiff that have any outstanding securities in the hands of the public.

1007425.1

DATED: November 16, 2005     Respectfully submitted,

AKIN GUMP STRAUSS HAUER
& FELD, LLP

_____
John R. Jacob
D.C. Bar No. 444412
1333 New Hampshire Avenue N.W.
Washington, DC 20036
Tel: 202-887-4582
Fax: 202-887-4288

<u>Of Counsel</u>

Jon P. Neustadter
Jordan B. Keville
HOOPER, LUNDY & BOOKMAN, INC.
1875 Century Park East, Suite 1600
Los Angeles, California 90067
Tel: 310-551-8151
Fax: 310-551-8181

Attorneys for Plaintiff

1007425.1