UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| LIFEPOINT HOSPITALS, INC.<br><br>              Plaintiff,<br><br>              v.<br><br>MICHAEL O. LEAVITT,<br>Secretary of the Department of<br>Health and Human Services<br>              Defendant. | Civil Action No. 1:05-cv-2224-RMC |

NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Steven Y. Bressler and Sheila M. Lieber, Attorneys, United States Department of Justice, Civil Division, will be appearing in this action on behalf of defendant.

Date: January 5, 2006

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
U.S. Attorney for the District of Columbia

  /s/ Steven Y. Bressler
SHEILA M. LIEBER
STEVEN Y. BRESSLER D.C. Bar No. 482492
Attorneys, Federal Programs Branch
U.S. Department of Justice, Civil Division
P.O. Box 883
Washington, D.C. 20044
Tel (202) 514-4781
Fax (202) 318-7609
email Steven.Bressler@usdoj.gov