**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                    )
LIFEPOINT HOSPITALS, INC.           )
                                    )
                    Plaintiff,      )
                                    )
          v.                        )     Civil Action No. 1:05-cv-2224-RMC
                                    )
MICHAEL O. LEAVITT,                 )
Secretary of the Department of      )
Health and Human Services           )
                    Defendant.      )
_____   )

**UNOPPOSED MOTION FOR AN EXTENSION OF TIME**
**AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

Defendant Michael O. Leavitt, Secretary of the U.S. Department of Health and Human

Services, respectfully moves this Court for a 30-day extension of time in which to answer or

otherwise plead in response to Plaintiff's Complaint.

Good cause exists for this Motion.  Plaintiff is challenging the calculation of certain

payments made to it under the Medicare statute. The administrative record relevant to Plaintiff's

claims did not become available to counsel for the Secretary until January 3, 2005.  However,

undersigned counsel is representing the United States at a trial in Colorado that began on January

4, 2005, and is estimated to last through January 12, 2005.  Absent an extension, Defendants'

responsive pleading is due on January 17, 2006.  The additional time is necessary for counsel to

fully research and respond to the factual and legal claims raised by Plaintiff.

Counsel for Plaintiff informed counsel for the Secretary that Plaintiff would not oppose this Motion.

WHEREFORE, for good cause shown, Defendant respectfully requests that the Court extend by 30 days beyond the period otherwise prescribed by the Federal Rules of Civil Procedure and the Local Rules of this Court the time in which Defendant may answer or otherwise plead in response to Plaintiff's Complaint to February 16, 2006.

Date:   January 5, 2006                              Respectfully submitted,

                                                     PETER D. KEISLER
                                                     Assistant Attorney General

                                                     KENNETH L. WAINSTEIN
                                                     U.S. Attorney for the District of Columbia

                                                     SHEILA M. LIEBER
                                                     Deputy Director, Federal Programs Branch

                                                     _____/s/_____
                                                     STEVEN Y. BRESSLER D.C. Bar No. 482492
                                                     Trial Attorney, Federal Programs Branch
                                                     U.S. Department of Justice, Civil Division
                                                     P.O. Box 883
                                                     Washington, D.C. 20044
                                                     Tel (202) 514-4781
                                                     Fax (202) 318-7609
                                                     email Steven.Bressler@usdoj.gov