UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| LIFEPOINT HOSPITALS, INC.<br><br>          Plaintiff,<br><br>     v.<br><br>MICHAEL O. LEAVITT,<br>Secretary of the Department of<br>Health and Human Services<br>          Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:05-cv-2224-RMC<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE REGARDING ADMINISTRATIVE RECORD**

The Administrative Record in this case is in paper form only and is being maintained in the case file in the Clerk's Office. It is available for public viewing and copying between the hours of 9 a.m. and 4 p.m., Monday through Friday.

Date:   February 17, 2006

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

KENNETH L. WAINSTEIN
U.S. Attorney for the District of Columbia

SHEILA M. LIEBER
Deputy Director, Federal Programs Branch

       /s/
STEVEN Y. BRESSLER D.C. Bar No. 482492
Trial Attorney, Federal Programs Branch
U.S. Department of Justice, Civil Division
P.O. Box 883
Washington, D.C. 20044
Tel (202) 514-4781

**CERTIFICATE OF SERVICE**

  I, Steven Y. Bressler, certify that I sent a copy of the Certified Administrative Record in this case via Federal Express 1-day service, pursuant to agreement of counsel, on February 17, 2006.

                      /s/
                      Steven Y. Bressler