UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LIFEPOINT HOSPITALS, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL O. LEAVITT, )<br>Secretary of the Department of )<br>Health and Human Services )<br>Defendant. )<br>) | Civil Action No. 1:05-cv-2224-RMC |

**UNOPPOSED MOTION FOR DEFENDANT'S ANSWER TO BE FILED**
***NUNC PRO TUNC* AS OF FEBRUARY 16, 2006**
**AND MEMORANDUM IN SUPPORT THEREOF**

Defendant Michael O. Leavitt, Secretary of the U.S. Department of Health and Human Services ("the Secretary"), respectfully moves this Court to accept his Answer to plaintiff's Complaint, filed this date, *nunc pro tunc* as of yesterday, February 16, 2006.

Good cause exists for this Motion. On January 17, 2006, this Court granted defendant's Unopposed Motion for Enlargement of Time to answer or otherwise plead in response to plaintiff's complaint until February 16, 2006. This motion is necessitated by a calendar-recording error by undersigned counsel.

The granting of this Motion will not prejudice any party, nor will it affect any other deadlines.

Counsel for plaintiff graciously informed undersigned counsel that plaintiff would not oppose this Motion.

WHEREFORE, for good cause shown, Defendant respectfully requests that the Court accept the Secretary's Answer, filed this date, *nunc pro tunc* as of yesterday, February 16, 2006.

Date:   February 17, 2006                     Respectfully submitted,

                                                    PETER D. KEISLER
                                                    Assistant Attorney General

                                                    KENNETH L. WAINSTEIN
                                                    U.S. Attorney for the District of Columbia

                                                    SHEILA M. LIEBER
                                                    Deputy Director, Federal Programs Branch

                                                              /s/
                                                  _____
                                                  STEVEN Y. BRESSLER D.C. Bar No. 482492
                                                  Trial Attorney, Federal Programs Branch
                                                  U.S. Department of Justice, Civil Division
                                                  P.O. Box 883
                                                  Washington, D.C. 20044
                                                  Tel (202) 514-4781
                                                  Fax (202) 318-7609
                                                  email Steven.Bressler@usdoj.gov