UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| LIFEPOINT HOSPITALS, INC.<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL O. LEAVITT,<br>Secretary of the Department of<br>Health and Human Services<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 1:05-cv-2224-RMC<br>)<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER**

AND NOW this ___ day of February, 2006, it is hereby ORDERED that Defendant's Unopposed Motion for Defendant's Answer to be Filed *Nunc Pro Tunc* as of February 16, 2006 is GRANTED. Defendant's Answer shall be considered timely filed on February 16, 2006.

_____
Hon. ROSEMARY M. COLLYER
United States District Judge