**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| LIFEPOINT HOSPITALS, INC. dba SOUTHERN TENNESSEE MEDICAL CENTER,<br><br>      Plaintiff,<br><br>   v.<br><br>MICHAEL O. LEAVITT, Secretary of the Department of Health and Human Services,<br><br>      Defendant. | CASE NO. 1:05-CV-02224 (RMC) |

**JOINT SCHEDULING CONFERENCE REPORT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(f) AND LCvR 16.3 OF THE LOCAL RULES**

The parties, acting by and through their undersigned attorneys, hereby file their Joint Scheduling Conference Report Pursuant to Federal Rule of Civil Procedure ("FRCP") 26(f) and LCvR 16.3 of the Local Rules:

Pursuant to the Court's Order dated April 18, 2006, on May 4, 2006, the parties met telephonically to confer regarding the matters set forth in LCvR 16.3. The parties believe that this matter is exempt from the requirements of LCvR 16.3 because it is "an action for review on an administrative record." *See* LCvR 16.3(b)(1). This case involves the Plaintiff's challenge to a determination by the Defendant, the Secretary of the United States Department of Health and Human Services, regarding the Plaintiff's entitlement to additional Medicare payments pursuant to the Medicare disproportionate share hospital (DSH) adjustment provision, 42 U.S.C. § 1395ww(d)(5)(F)(vi)(II).

In light of the nature of this case, the parties believe that discovery is inappropriate in this action and that this matter should be decided upon cross-motions for judgment. The parties do

not believe that trial will be necessary in this case. The parties will file a proposed briefing schedule when so ordered by the Court or when it appears otherwise appropriate.

Significantly, concurrently with this Report, the Plaintiff is filing an unopposed Motion to Stay the Proceedings in this case pending a final, non-appealable order in another case pending in the United States Court of Appeals for the District of Columbia Circuit involving substantially the same legal issue as Plaintiff raises in its claims under the Administrative Procedure Act and Social Security Act, or until that other case is otherwise dismissed.

DATED: May 11, 2006

Respectfully submitted,

| | |
|---|---|
| AKIN GUMP STRAUSS HAUER & FELD LLP | PETER D. KEISLER<br>Assistant Attorney General |
| /s/ John R. Jacob<br>JOHN R. JACOB<br>D.C. Bar No. 444412<br>Robert S. Strauss Building<br>1333 New Hampshire Avenue, NW<br>Washington, DC 20036<br>Tel: 202-887-4582<br>Fax: 202-955-7648 | KENNETH L. WAINSTEIN<br>U.S. Attorney for the District of Columbia<br><br>SHEILA M. LIEBER<br>Deputy Director, Federal Programs Branch<br><br>/s/ Steven Y. Bressler<br>STEVEN Y. BRESSLER<br>D.C. Bar No. 482492 |
| Of Counsel | Trail Attorney, Federal Programs Branch<br>U.S. Department of Justice, Civil Division<br>P.O. Box 883<br>Washington, D.C. 20044<br>Tel: 202-514-4781<br>Fax: 202-318-7609 |
| JON P. NEUSTADTER<br>JORDAN B. KEVILLE<br>HOOPER, LUNDY & BOOKMAN, INC.<br>1875 Century Park East, Suite 1600<br>Los Angeles, California 90067<br>Tel: 310-551-8151<br>Fax: 310-551-8181 | Attorneys for Defendant |
| Attorneys for Plaintiff | |