### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LIFEPOINT HOSPITALS, INC. dba SOUTHERN TENNESSEE MEDICAL CENTER,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL O. LEAVITT, Secretary of the Department of Health and Human Services,<br><br>    Defendant. | CASE NO. 1:05-CV-02224 (RMC) |

### [PROPOSED] ORDER GRANTING PLAINTIFF'S
### MOTION TO STAY THE PROCEEDINGS

On reading Plaintiff's Notice of Motion and Motion to Stay the Proceedings, the supporting Memorandum of Points and Authorities, and the supporting Declaration, and it appearing to the satisfaction of the Court that this is a proper case for granting a stay:

IT IS HEREBY ORDERED that all proceedings in the above-captioned matter are stayed pending the issuance of a final, non-appealable order in the case of *Cookeville Regional Medical Center v. Leavitt,* United States District Court for the District of Columbia Case No. 04-1053-JR ("*Cookeville*") or, in the alternative, until the *Cookeville* case is otherwise dismissed.

IT IS HEREBY FURTHER ORDERED that the parties will file joint status reports regarding the *Cookeville* case at ninety (90) day intervals beginning 90 days from the date of this order.

DATED: May ___, 2006

                                                                                ROSEMARY M. COLLYER
                                                                                United States District Judge