IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LIFEPOINT HOSPITALS, INC. dba SOUTHERN TENNESSEE MEDICAL CENTER,<br><br>      Plaintiff,<br><br>vs.<br><br>MICHAEL O. LEAVITT, Secretary of the United States Department of Health and Human Services,<br><br>      Defendant. | CASE NO. 1:05-CV-02224-RMC |

**JOINT STATUS REPORT**

The parties, acting by and through their undersigned attorneys, hereby file their Joint Status Report as required by the Court's Order dated May 18, 2006.

This Court's May 18, 2006 Order granted a stay of the proceedings in the above-captioned matter for a period of 90 days based on the fact that another case pending in this Court, *Cookeville Regional Medical Center, et al. v. Leavitt,* Case No. 04-1053-JR ("*Cookeville*"), involves primarily the same legal issue as the present case. The Court also ordered the parties to file a joint status report by no later than August 16, 2006.

The status of the *Cookeville* matter is as follows:

On October 28, 2005, the Honorable Judge James Robertson issued an order granting summary judgment in favor of the plaintiff hospitals in *Cookeville*. Final judgment was entered against the Secretary on February 2, 2006.

On February 13, 2006, the Secretary filed a motion to alter or amend the judgment in *Cookeville* in light of a February 8, 2006 legislative enactment. Briefing on the motion was completed on June 2, 2006, and the motion remains pending with the district court.

Prior to filing his motion to amend the judgment, the Secretary also filed a notice appealing the judgment in *Cookeville*. On March 9, 2006, the United States Court of Appeals for the District of Columbia Circuit issued an order holding the appeal in *Cookeville* in abeyance pending a further order of the Court.

Given that a final, non-appealable determination in *Cookeville* has not been rendered, the stay of the proceedings in the above-captioned action should remain in place until such a determination is reached or until the Court otherwise deems appropriate. The parties will furnish the Court with an additional status report not later than 90 days from the date this Joint Status Report is filed or on another date ordered by the Court.

DATED: August 15, 2006

Respectfully submitted,

| | |
|---|---|
| AKIN GUMP STRAUSS HAUER & FELD LLP | PETER D. KEISLER<br>Assistant Attorney General |
| /s/ John R. Jacob             _<br>John R. Jacob<br>D.C. Bar No. 444412<br>Robert S. Strauss Building<br>1333 New Hampshire Avenue, NW<br>Washington, DC 20036<br>Tel: 202-887-4582<br>Fax: 202-955-7648 | KENNETH L. WAINSTEIN<br>U.S. Attorney for the District of Columbia<br><br>SHEILA M. LIEBER<br>Deputy Director, Federal Programs Branch<br><br>   /s/ Steven Y. Bressler                _<br>STEVEN Y. BRESSLER<br>D.C. Bar No. 482492 |
| <u>Of Counsel</u><br><br>Jon P. Neustadter<br>Jordan B. Keville<br>HOOPER, LUNDY & BOOKMAN, INC.<br>1875 Century Park East, Suite 1600<br>Los Angeles, California 90067<br>Tel: 310-551-8151<br>Fax: 310-551-8181<br><br>Attorneys for Plaintiff | Trail Attorney, Federal Programs Branch<br>U.S. Department of Justice, Civil Division<br>P.O. Box 883<br>Washington, D.C. 20044<br>Tel: 202-514-4781<br>Fax: 202-318-7609<br><br>Attorneys for Defendant |