IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LIFEPOINT HOSPITALS, INC. d/b/a SOUTHERN TENNESSEE MEDICAL CENTER,<br><br>        Plaintiff,<br><br>    vs.<br><br>MICHAEL O. LEAVITT, Secretary of the United States Department of Health and Human Services,<br><br>        Defendant. | Case No. 1:05-CV-02224-RMC |

**SECOND JOINT STATUS REPORT**

The parties, acting by and through their undersigned attorneys, now file this Second Joint Status Report.

This Court's May 18, 2006 Order granted a stay of the proceedings in this matter because another case pending before the Court of Appeals for the D.C. Circuit, *Cookeville Regional Medical Center, et al. v. Leavitt,* Appeal No. 05-5495, ("*Cookeville*"), involves primarily the same legal issue as the present case. The Court also ordered the parties to file a joint status report by no later than August 16, 2006. On August 15, 2006, the parties filed their First Joint Status Report and indicated they would file this Second Report 90 days thereafter. Accordingly, the parties now report that the status of *Cookeville* is as follows:

On October 28, 2005, the Honorable James Robertson issued an order granting summary judgment in favor of the plaintiff hospitals in *Cookeville*. The Secretary appealed that order in December, 2005. The plaintiff-appellee hospitals then moved to dismiss the appeal as untimely. The Secretary subsequently moved in district court for entry of final judgment on a separate document pursuant to Fed. R. Civ. P. 58. Judge Robertson granted that motion and entered final judgment against the Secretary on February 2, 2006.

On February 13, 2006, the Secretary filed a motion to alter or amend the judgment in *Cookeville* in light of a February 8, 2006 legislative enactment. On March 9, 2006, the United States Court of Appeals for the District of Columbia Circuit issued an order holding the appeal in *Cookeville* in abeyance pending a further order of the Court. On September 26, 2006, Judge Robertson issued an indicative ruling pursuant to *Smith v. Pollin*, 194 F.2d 349, 350 (D.C. Cir. 1952), stating that he would grant the Secretary's Rule 59(e) motion to alter judgment and enter judgment in favor of the Secretary upon remand from the Court of Appeals. On October 4, 2006, the Secretary filed a motion before the Court of Appeals for remand to the district court, to allow Judge Robertson to alter its prior judgment and enter judgment for the Secretary. That motion is now fully briefed and awaiting decision from the Court of Appeals, as is the plaintiff-appellee hospitals' earlier motion to dismiss the appeal.

Given that a final, non-appealable determination in *Cookeville* has not been rendered, the parties respectfully request that the stay of the proceedings in this action remain in place until such a determination is reached or until the Court otherwise deems appropriate. The parties will furnish the Court with an additional status report in not later than 90 days, or on another date ordered by the Court.

//
//
//
//
//
//
//
//

DATED: November 13, 2006

Respectfully submitted,

| | |
|---|---|
| AKIN GUMP STRAUSS HAUER & FELD LLP | PETER D. KEISLER<br>Assistant Attorney General |
| /s/  John R. Jacob<br>John R. Jacob<br>D.C. Bar No. 444412<br>Robert S. Strauss Building<br>1333 New Hampshire Avenue, NW<br>Washington, DC 20036<br>Tel:  202-887-4582<br>Fax: 202-955-7648 | KENNETH L. WAINSTEIN<br>U.S. Attorney for the District of Columbia<br><br>SHEILA M. LIEBER<br>Deputy Director, Federal Programs Branch<br><br>   /s/ Steven Y. Bressler  (by permission)<br>STEVEN Y. BRESSLER<br>D.C. Bar No. 482492 |
| Of Counsel | Trail Attorney, Federal Programs Branch<br>U.S. Department of Justice, Civil Division<br>P.O. Box 883<br>Washington, D.C. 20044<br>Tel: 202-514-4781<br>Fax: 202-318-7609 |
| Jon P. Neustadter<br>Jordan B. Keville<br>HOOPER, LUNDY & BOOKMAN, INC.<br>1875 Century Park East, Suite 1600<br>Los Angeles, California 90067<br>Tel: 310-551-8151<br>Fax: 310-551-8181 | Attorneys for Defendant |
| Attorneys for Plaintiff | |