IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LIFEPOINT HOSPITALS, INC. d/b/a SOUTHERN TENNESSEE MEDICAL CENTER,<br><br>        Plaintiff,<br><br>    vs.<br><br>MICHAEL O. LEAVITT, Secretary of the United States Department of Health and Human Services,<br><br>        Defendant. | Case No. 1:05-CV-02224-RMC |

**FOURTH JOINT STATUS REPORT**

The parties, acting by and through their undersigned attorneys, now file this Fourth Joint Status Report.

This Court's May 18, 2006 Order granted a stay of the proceedings in this matter because another case pending before the Court of Appeals for the D.C. Circuit, *Cookeville Regional Medical Center, et al. v. Leavitt,* Appeal No. 05-5495 (D.C. Cir.), Civ. No. 04-1053-JR (D.D.C.), ("*Cookeville*"), involves primarily the same legal issue as the present case. On February 9, 2007, the parties filed their Third Joint Status Report and indicated they would file this Fourth Report 90 days thereafter. Accordingly, the parties now report as follows:

On April 11, 2007, after granting a motion to remand by the Secretary, the D.C. Circuit issued its mandate of remand to the district court in *Cookeville*. On April 26, 2007, the Honorable James Robertson issued an order vacating his earlier judgment in favor of the plaintiff hospitals and directing the Clerk to enter judgment for the Secretary.

The *Cookeville* plaintiff hospitals may appeal the district court's decision to the D.C. Circuit. Given that a final, non-appealable determination in *Cookeville* has not been rendered, the parties respectfully request that the stay of the proceedings in this action remain in place until

such a determination is reached or until the Court otherwise deems appropriate.  The parties will furnish the Court with an additional status report on or before August 6, 2007.

DATED:  May 10, 2007

Respectfully submitted,

| | |
|---|---|
| AKIN GUMP STRAUSS HAUER & FELD LLP | PETER D. KEISLER<br>Assistant Attorney General |
| /s/  John R. Jacob (by permission)<br>John R. Jacob<br>D.C. Bar No. 444412<br>Robert S. Strauss Building<br>1333 New Hampshire Avenue, NW<br>Washington, DC 20036<br>Tel:  202-887-4582<br>Fax: 202-955-7648 | JEFFREY A. TAYLOR<br>U.S. Attorney for the District of Columbia<br><br>SHEILA M. LIEBER<br>Deputy Director, Federal Programs Branch<br><br>   /s/ Steven Y. Bressler<br>STEVEN Y. BRESSLER<br>D.C. Bar No. 482492 |
| Of Counsel<br><br>Jon P. Neustadter<br>Jordan B. Keville<br>HOOPER, LUNDY & BOOKMAN, INC.<br>1875 Century Park East, Suite 1600<br>Los Angeles, California 90067<br>Tel: 310-551-8151<br>Fax: 310-551-8181 | Trail Attorney, Federal Programs Branch<br>U.S. Department of Justice, Civil Division<br>P.O. Box 883<br>Washington, D.C. 20044<br>Tel: 202-514-4781<br>Fax: 202-318-7609<br><br>Attorneys for Defendant |
| Attorneys for Plaintiff | |

2