## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

LIFEPOINT HOSPITALS, INC. d/b/a
SOUTHERN TENNESSEE MEDICAL
CENTER,

        Plaintiff,

   vs.

MICHAEL O. LEAVITT, Secretary of the
United States Department of Health and
Human Services,

        Defendant.

Case No. 1:05-CV-02224-RMC

## SIXTH JOINT STATUS REPORT

      The parties, acting by and through their undersigned attorneys, now file this Sixth Joint

Status Report.

      This Court's May 18, 2006 Order granted a stay of the proceedings in this matter because

another case pending before the Court of Appeals for the D.C. Circuit, *Cookeville Regional*

*Medical Center, et al. v. Leavitt,* Appeal No. 05-5495 (D.C. Cir.), Civ. No. 04-1053-JR (D.D.C.),

("*Cookeville*"), involved primarily the same legal issue as the present case.  On August 6, 2007,

the parties filed their Fifth Joint Status Report and indicated they would file this Sixth Report on

November 5, 2007.  Accordingly, the parties now report as follows:

      On April 11, 2007, after granting a motion to remand by the Secretary, the D.C. Circuit

issued its mandate of remand to the district court in *Cookeville*.  On April 26, 2007, the

Honorable James Robertson issued an order vacating his earlier judgment in favor of the plaintiff

hospitals and directing the Clerk to enter judgment for the Secretary.  The Clerk entered

judgment for the Secretary on May 23, 2007.  On July 20, 2007, the *Cookeville* plaintiff hospitals

appealed that May 23, 2007 judgment for the Secretary.  *See Cookeville Regional Med. Center,*

*et al. v. Leavitt*, Appeal No. 07-5252 (D.C. Cir.).  On October 24, 2007, the Court of Appeals set

a briefing schedule in *Cookeville* that runs through January 23, 2008.  To date, oral argument has

not been set.

Given that a final, non-appealable determination in *Cookeville* has not been rendered, and

that the Court of Appeals' decision will likely control the outcome of this case, the parties

respectfully request that the stay of the proceedings in this action remain in place until such a

determination is reached or until the Court otherwise deems appropriate.  The parties will furnish

the Court with an additional status report on or before February 22, 2008, unless otherwise

ordered by the Court.

DATED: November 5, 2007

Respectfully submitted,

| | |
|---|---|
| AKIN GUMP STRAUSS HAUER & FELD LLP | PETER D. KEISLER Assistant Attorney General |
| /s/  John R. Jacob (by permission) | JEFFREY A. TAYLOR |
| JOHN R. JACOB | U.S. Attorney for the District of Columbia |
| D.C. Bar No. 444412 | |
| Robert S. Strauss Building | SHEILA M. LIEBER |
| 1333 New Hampshire Avenue, NW | Deputy Director, Federal Programs Branch |
| Washington, DC 20036 | |
| Tel:  202-887-4582 |   /s/ Steven Y. Bressler |
| Fax: 202-955-7648 | STEVEN Y. BRESSLER |
| | D.C. Bar No. 482492 |
| Of Counsel | Trail Attorney, Federal Programs Branch |
| | U.S. Department of Justice, Civil Division |
| JON P. NEUSTADTER | P.O. Box 883 |
| JORDAN B. KEVILLE | Washington, D.C. 20044 |
| HOOPER, LUNDY & BOOKMAN, INC. | Tel: 202-514-4781 |
| 1875 Century Park East, Suite 1600 | Fax: 202-318-7609 |
| Los Angeles, California 90067 | |
| Tel: 310-551-8151 | Attorneys for Defendant |
| Fax: 310-551-8181 | |
| | |
| Attorneys for Plaintiff | |