IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LIFEPOINT HOSPITALS, INC. d/b/a SOUTHERN TENNESSEE MEDICAL CENTER,<br><br>       Plaintiff,<br><br>vs.<br><br>MICHAEL O. LEAVITT, Secretary of the United States Department of Health and Human Services,<br><br>       Defendant. | Case No. 1:05-CV-02224-RMC |

### SEVENTH JOINT STATUS REPORT

The parties, acting by and through their undersigned attorneys, now file this Seventh Joint Status Report.

This Court's May 18, 2006 Order granted a stay of the proceedings in this matter because another case pending before the Court of Appeals for the D.C. Circuit, *Cookeville Regional Medical Center, et al. v. Leavitt,* Appeal No. 05-5495 (D.C. Cir.), Civ. No. 04-1053-JR (D.D.C.), ("*Cookeville*"), involved primarily the same legal issue as the present case. On November 5, 2007, the parties filed their Sixth Joint Status Report and indicated they would file this Seventh Report on February 22, 2008. Accordingly, the parties now report as follows:

On April 11, 2007, after granting a motion to remand by the Secretary, the D.C. Circuit issued its mandate of remand to the district court in *Cookeville*. On April 26, 2007, the Honorable James Robertson issued an order vacating his earlier judgment in favor of the plaintiff hospitals and directing the Clerk to enter judgment for the Secretary. The Clerk entered judgment for the Secretary on May 23, 2007. On July 20, 2007, the *Cookeville* plaintiff hospitals appealed that May 23, 2007 judgment for the Secretary. *See Cookeville Regional Med. Center, et al. v. Leavitt*, Appeal No. 07-5252 (D.C. Cir.). On December 7, 2007, the Court of Appeals

granted a motion for extension by plaintiffs-appellants and set a briefing schedule in *Cookeville* that runs through March 24, 2008; on February 4, 2008, the clerk set oral argument before a panel of the D.C. Circuit for May 12, 2008 at 9:30 a.m.

Given that a final, non-appealable determination in *Cookeville* has not been rendered, and that the Court of Appeals' decision will likely control the outcome of this case, the parties respectfully request that the stay of the proceedings in this action remain in place until such a determination is reached or until the Court otherwise deems appropriate. The parties will furnish the Court with an additional status report on or before May 22, 2008, unless otherwise ordered by the Court.

DATED: February 22, 2008

Respectfully submitted,

| | |
|---|---|
| AKIN GUMP STRAUSS HAUER & FELD LLP | JEFFREY S. BUCHOLTZ<br>Acting Assistant Attorney General |
| /s/  John R. Jacob (by permission)<br>JOHN R. JACOB<br>D.C. Bar No. 444412<br>Robert S. Strauss Building<br>1333 New Hampshire Avenue, NW<br>Washington, DC 20036<br>Tel:  202-887-4582<br>Fax: 202-955-7648 | JEFFREY A. TAYLOR<br>U.S. Attorney for the District of Columbia<br><br>SHEILA M. LIEBER<br>Deputy Director, Federal Programs Branch<br><br>   /s/ Steven Y. Bressler<br>STEVEN Y. BRESSLER<br>D.C. Bar No. 482492 |
| Of Counsel | Trail Attorney, Federal Programs Branch<br>U.S. Department of Justice, Civil Division |
| JON P. NEUSTADTER<br>JORDAN B. KEVILLE<br>HOOPER, LUNDY & BOOKMAN, INC.<br>1875 Century Park East, Suite 1600<br>Los Angeles, California 90067<br>Tel: 310-551-8151<br>Fax: 310-551-8181<br>*Attorneys for Plaintiff* | P.O. Box 883<br>Washington, D.C. 20044<br>Tel: 202-514-4781<br>Fax: 202-318-7609<br>*Attorneys for Defendant* |