UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| LIFEPOINT HOSPITALS, INC. <br> d/b/a SOUTHERN TENNESSEE <br> MEDICAL CENTER, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL O. LEAVITT, <br> Secretary of the United States Department <br> of Health and Human Services, <br><br> Defendant. | Civil Action No. 05-2224 (RMC) |

## NOTICE OF SUBSTITUTION OF COUNSEL

TO THE CLERK OF THE COURT:

PLEASE TAKE NOTICE that MARCIA N. TIERSKY, United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters her appearance in the above-captioned matter as lead counsel of record for Defendant. STEVEN Y. BRESSLER is hereby withdrawn. Attached hereto is the Certificate of Familiarity required by Local Civil Rule 83.2(j).

Respectfully submitted,

GREGORY KATSAS
Assistant Attorney General

JEFFREY A. TAYLOR
U.S. Attorney for the District of Columbia

SHEILA LIEBER
Deputy Branch Director

    /s/ Marcia N. Tiersky
MARCIA N. TIERSKY, Ill. Bar 6270736
Trial Attorney
Federal Programs Branch
U.S. Department of Justice
20 Massachusetts Ave., N.W. Room 7206
Washington, D.C. 20530
(202) 514-1359
Fax (202) 318-0486
marcia.tiersky@usdoj.gov

## CERTIFICATE OF FAMILIARITY

Pursuant to Local Civil Rule 83.2(j), I hereby certify that I am personally familiar with the Local Rules of this Court.

Dated:     8/13/08                              /s/   Marcia N. Tiersky
                                                Marcia N. Tiersky